MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN WARD and<br>MONICA NUNES,<br><br>Defendants. | CASE NO.  2:19-MJ-00050-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER<br><br>DATE: May 3, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Monica Nunes, both individually and by and through her counsel of record, Christina Sinha, hereby stipulate as follows:

1.      The Complaint in this case was filed on April 4, 2019, and Defendant Monica Nunes first appeared before a judicial officer of the Court in which the charges in this case were pending on April 5, 2019.  On that date, the Court set a preliminary hearing date of May 3, 2019.

2.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 31, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case.  For example, the government is continuing to collect

and produce audio/video files, bank records, forensic data, witness statements, and police reports relevant to this case.  Defense counsel needs additional time to review and consider this evidence and to conduct additional investigation.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 3, 2019, and May 31, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  April 26, 2019                                     McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ ROBERT J. ARTUZ
                                                          ROBERT J. ARTUZ
                                                          Special Assistant U.S. Attorney


Dated:  April 26, 2019                                     /s/ CHRISTINA SINHA
                                                          CHRISTINA SINHA
                                                          Assistant Federal Defender
                                                          Counsel for Defendant
                                                          Monica Nunes

1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:19-MJ-00050-EFB

12                      Plaintiff,          FINDINGS AND ORDER EXTENDING TIME FOR
                                            PRELIMINARY HEARING PURSUANT TO RULE
13           v.                             5.1(d) AND EXCLUDING TIME

14  JONATHAN WARD and                       DATE: May 3, 2019
    MONICA NUNES,                           TIME: 2:00 p.m.
15                                          COURT: Hon. Allison Claire
                        Defendants.
16

17

18        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 26, 2019.  The

20  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27  / / /

28  / / /

[PROPOSED] FINDINGS AND ORDER                              1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to May 31, 2019, at 2:00 p.m.

2.      The time between May 3, 2019, and May 31, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

Dated:  April 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE