MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00050-EFB |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND FINDINGS AND ORDER |
| v. | |
| JONATHAN WARD and MONICA NUNES, | DATE: May 31, 2019 TIME: 2:00 p.m. COURT: Hon. Deborah Barnes |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Monica Nunes, both individually and by and through her counsel of record, Christina Sinha, hereby stipulate as follows:

1. The Complaint in this case was filed on April 4, 2019, and Defendant Monica Nunes first appeared before a judicial officer of the Court in which the charges in this case were pending on April 19, 2019. On that date, the Court set a preliminary hearing date of May 3, 2019. The parties then stipulated to have the preliminary hearing continued to May 31, 2019. ECF 8.

2. By this stipulation, the parties jointly move for a second extension of time of the preliminary hearing date to June 28, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production

of discovery and continuing investigation of the case.  For example, the government is continuing to collect and produce audio/video files, bank records, forensic data, witness statements, subpoena returns, and police reports relevant to this case.  Defense counsel needs additional time to review and consider this evidence and to conduct additional investigation.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the parties request that the time between May 31, 2019, and June 28, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  May 24, 2019                             McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ ROBERT J. ARTUZ
                                                 ROBERT J. ARTUZ
                                                 Special Assistant U.S. Attorney


Dated:  May 24, 2019                             /s/ CHRISTINA SINHA
                                                 CHRISTINA SINHA
                                                 Assistant Federal Defender
                                                 Counsel for Defendant
                                                 Monica Nunes

STIPULATION                                      2

McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00050-EFB |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| JONATHAN WARD and MONICA NUNES, | DATE: May 31, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 24, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

[PROPOSED] FINDINGS AND ORDER               1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 28, 2019, at 2:00 p.m.

2. The time between May 31, 2019, and June 28, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  May 24, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE