McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>MONICA NUNES, and<br>TALALIMA TOILOLO,<br><br>                Defendants. | CASE NO. 2:19-CR-129-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 12, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on September 12, 2019.

2.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes over 100 GB of documents including police reports, search warrant returns, subpoena returns, cellphone extractions, audio/video files, and bank/financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for Defendants Monica Nunes and Talalima Toilolo ("defendants") desire additional time to review the current charges, obtain and review discovery, consult with their clients, conduct research and investigation into the charges, and otherwise prepare for trial.

1  Additionally, the government and counsel for Defendant Talalima Toilolo are still working out

2  the terms of protective order so that the government can fully produce the discovery.

3       c)     Counsel for defendants believe that failure to grant the above-requested

4  continuance would deny them the reasonable time necessary for effective preparation, taking into

5  account the exercise of due diligence.

6       d)     The government does not object to the continuance.

7       e)     Based on the above-stated findings, the ends of justice served by continuing the

8  case as requested outweigh the interest of the public and the defendant in a trial within the

9  original date prescribed by the Speedy Trial Act.

10       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11  et seq., within which trial must commence, the time period of September 12, 2019 to November

12  14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

13  Code T4] because it results from a continuance granted by the Court at defendants' request on

14  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

15  best interest of the public and the defendants in a speedy trial.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 10, 2019                    McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ ROBERT J. ARTUZ
                                             ROBERT J. ARTUZ
                                             Special Assistant U.S. Attorney


Dated:  September 10, 2019                    /s/ CHRISTINA SINHA (with permission)
                                             CHRISTINA SINHA
                                             Counsel for Defendant
                                             MONICA NUNES


Dated:  September 10, 2019                    /s/ CHRIS COSCA (with permission)
                                             CHRIS COSCA
                                             Counsel for Defendant
                                             TALALIMA TOILOLO


# ORDER

IT IS SO ORDERED.

Dated:  September 13, 2019


                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE