HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LINDA C. ALLISON, SBN 179741
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MONICA NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-129-MCE-2 |
| Plaintiff, | **STIPULATION AND ORDER TO ACCEPT ELECTRONIC SIGNATURE UNDER G.O. 616** |
| vs. | Date: May 7, 2020 |
| MONICA NUNES, | Time: 10:00 A.M. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Robert Artuz, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Christina Sinha and Linda C. Allison, counsel for Defendant Monica Nunes, that the plea agreement in this matter may be signed by Ms. Nunes via electronic signature.

On April 15, 2020, Chief United States District Judge Mueller issued General Order 616, "Consent and Signature Requirements on Documents Filed in Criminal Actions During the COVID-19 Public Emergency" ("G.O. 616"). For the reasons detailed in G.O. 616, defense counsel is authorized to electronically sign documents on her client's behalf using the format "/s/ name" if the following conditions are met:

1. The defendant has had an opportunity to consult with counsel regarding the matter;
2. The defendant consents to counsel's signing on the defendant's behalf; and
3. The judge presiding over the case makes a finding that "obtaining an actual signature is impracticable or imprudent in light of the public health situation relating to COVID-19."

All three conditions have been met here. Therefore, parties stipulate as follows, and respectfully request the Court to find that:

1. Ms. Nunes has had an opportunity to consult with undersigned defense counsel regarding the entry of her plea pursuant to the plea agreement extended to counsel in April 2020 ("April 2020 Plea");
2. Ms. Nunes consents to undersigned defense counsel signing the April 2020 Plea on her behalf; and
3. In light of the COVID-19 pandemic, obtaining an actual signature from Ms. Nunes, who is currently incarcerated at the Nevada City Jail, is both impracticable and imprudent.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 28, 2020

*/s/ Christina Sinha*
CHRISTINA SINHA
LINDA C. ALLISON
Assistant Federal Defender
Attorneys for Defendant
MONICA NUNES

Date: April 28, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Robert Artuz*
ROBERT ARTUZ
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 1, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE