HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
LINDA ALLISON, SBN 179741
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814

Attorneys for Defendant
MONICA NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MONICA NUNES, <br><br> Defendant. | Case No. 2:19-CR-129-MCE-2 <br><br> **STIPULATION AND ORDER REGARDING VIDEO-TELECONFERENCE SENTENCING** <br><br> Date:  April 1, 2021 <br> Time:  10:00 A.M. <br> Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Robert Artuz, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Ms. Nunes, that the sentencing hearing in this matter may proceed by video-conference ("VTC").  The parties specifically stipulate as follows:

1. On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings, including felony sentencing hearings.

2. On January 4, 2021, General Order 628 ("GO 628") extended General Order 614

|   |   |   |
|---|---|---|
| 1 |   | for an additional 90 days. |
| 2 | 3. | GO 628 authorizes felony sentencing hearings to proceed via VTC if: |
| 3 | i) | The judge of the case finds, for specific reasons, that a felony |
| 4 |   | sentencing cannot be further delayed without serious harm to the |
| 5 |   | interests of justice; and |
| 6 | ii) | The defendant, following consultation with counsel, consents to |
| 7 |   | appearing for sentencing via VTC. |
| 8 | 4. | The parties stipulate that for specific reasons, the sentencing in this matter cannot be further delayed without serious harm to the interests of justice, as both parties have a strong interest in finalizing this case, which has especially complicated discovery and involves multiple defendants. |
| 12 | 5. | The defense has affirmed, and both parties stipulate, that Ms. Nunes has had an opportunity to consult with counsel regarding the nature of her appearance for her sentencing hearing, and following such consultation, she consents to appearing for her sentencing hearing via VTC. |
| 16 | 6. | The parties therefore respectfully request this Court to find that the sentencing in this matter may proceed via VTC as currently scheduled. |

(Signatures immediately follow on next page.  The remainder of this page is intentionally blank.)

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | Date: March 25, 2021 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>MONICA NUNES |
| 8 | Date: March 25, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Robert Artuz*<br>ROBERT ARTUZ<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE