PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Respondent,<br><br>v.<br><br>MONICA NUNES,<br><br>                Movant. | CASE NO. 2:19-CR-00129-KJM-CKD<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On June 29, 2022, the United States requested an extension of time to September 1, 2022, to file its response to movant's § 2255 motion.  IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The response is now due September 1, 2022.

Dated: June 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE