PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>v.<br><br>MONICA NUNES,<br><br>　　　　　　Movant. | CASE NO. 2:19-CR-00129-KJM-CKD<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On August 25, 2022, the United States requested an extension of time to September 8, 2022, to file its response to the movant's *pro se* motion to vacate sentence pursuant to 28 U.S.C. § 2255. Docket No. 186.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The response is now due September 8, 2022.

Dated:  August 29, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE