UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>          v.<br><br>MONICA NUNES,<br><br>                    Movant. | No. 2:19-cr-0129 DAD CKD P<br><br><br>ORDER |

On July 29, 2022, the district court judge formerly assigned to this case appointed counsel for movant to "represent him on compassionate release." It appears that order was entered in error because, among other things, Ms. Nunes has not filed a motion for compassionate release.

Accordingly, IT IS HEREBY ORDERED that the July 29, 2022 appointment of Gene Vorobyov as counsel for Ms. Nunes is vacated. Ms. Nunes proceeds pro se with her March 25, 2022 motion to vacate, set aside or correct sentence under 28 U.S.C. 2255.

Dated: September 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
nune0129.vc