UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Respondent,<br><br>     v.<br><br>MONICA NUNES,<br><br>            Movant. | No.  2:19-cr-0129 DAD CKD P<br><br><br>ORDER |

On September 13, 2022, the court vacated the appointment of Gene Vorobyov as counsel for Ms. Nunes.  The court has learned that the appointment of Mr. Vorobyov as counsel for Ms. Nunes as to a motion for compassionate release is appropriate.  Accordingly, IT IS HEREBY ORDERED that Mr. Vorobyov is re-appointed as counsel for Ms. Nunes as to a motion for compassionate release.  Ms. Nunes proceeds pro se on her motion for relief under 28 U.S.C. § 2255.

Dated:  September 16, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
nune0129.vvc