UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>MONICA NUNES,<br><br>　　　　　Movant. | No. 2:19-cr-0129 KJM CKD P<br><br><br>ORDER |

Movant requests the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Movant indicates she has not received a copy of respondent's September 9, 2022 opposition to movant's 28 U.S.C. § 2255 motion. Good cause appearing, the court will order respondent to re-serve the opposition within 10 days. Movant will be granted 30 days from service of the opposition to file a reply.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 229) is denied.

2. Respondent shall re-serve a copy of the September 8, 2022, opposition to movant's 28 U.S.C. § 2255 motion within 10 days and file a certificate of service with the court.

3. Movant may file a reply to the opposition within 30 days of service of the opposition.

Dated: January 11, 2023

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
nune0129.231