Gene D. Vorobyov
CA Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
MONICA NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00129-DAD-CKD-2 |
|---|---|
| Plaintiff, | [proposed] **Order Granting Request to File Under Seal Declaration of Counsel and Two Attached Exhibits** |
| vs | |
| MONICA NUNES, | |
| Defendant. | |

///

///

///

///

///

///

///

- 1 -

Based on a finding of GOOD CAUSE, the Court orders that the sealed declaration of counsel in support of the defendant's motion for compassionate release under 18 U.S.C. § 3582, plus Exhibits A and B, be filed under seal.

IT IS SO ORDERED.

Dated: __**February 21, 2023**__           _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE