PHILLIP A. TALBERT
United States Attorney
JESSICA L. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00129-DAD-CKD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELASE |
| v. | |
| MONICA NUNES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on February 17, 2023. ECF 232. On February 21, 2023, the Court issued an order directing the government to respond to Nunes's motion for compassionate release. ECF 234. The Government's response is currently due March 7, 2023. *Id*.

2. Counsel for the government requests additional time to review relevant records from the Bureau of Prisons and finish drafting the government's response to the defendant's motion. Counsel for the defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before

STIPULATION RE BRIEFING SCHEDULE               1

March 13, 2023;

    b)    The defendant's optional reply to the government's response to be filed on or before March 23, 2023.

IT IS SO STIPULATED.

Dated:  March 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Jessica L. Delaney*
JESSICA L. DELANEY
Assistant United States Attorney

Dated: March 7, 2023

*/s/ Gene Vorobyov*
GENE VOROBYOV
Attorney for Defendant
MONICA NUNES

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)    The government's response to the defendant's motion, (ECF 232), is now due on or before March 13, 2023;

b)    The defendant's reply to the government's response, if any, is due on March 23, 2023.

IT IS SO ORDERED.

Dated:  **March 8, 2023**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE     2