UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-0129 DJC CKD P |
| Respondent, | |
| v. | ORDER |
| MONICA NUNES, | |
| Movant. | |

Movant has filed a request for an extension of time to file objections to the court's July 10, 2023 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for an extension of time (ECF No. 282) is granted; and

2. Movant is granted thirty days from the date of this order in which to file objections to the court's July 10, 2023, findings and recommendations.

Dated: September 6, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
nune0129.36sec