Gene D. Vorobyov
CA Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
MONICA NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs<br><br>MONICA NUNES,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00129-DJC-CKD-2<br><br>**Order Granting Request to File Under Seal A Nunes's Medical Records** |

///

///

///

///

///

///

///

- 1 -

Based on a finding of GOOD CAUSE, the Court orders that the defendant Monica Nunes's medical records (Exhibits A and B), lodged provisionally under seal, be filed under seal.

IT IS SO ORDERED.

Dated:  October 1, 2024          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE