Gene D. Vorobyov
CA Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
MONICA NUNES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00129-DJC-CKD-2 |
| Plaintiff, | |
| vs | **Order Granting Request to Seal Docket Entries 308 and 326** |
| MONICA NUNES, | |
| Defendant. | |

///

///

///

///

///

///

- 1 -

Based on a finding of GOOD CAUSE, the Court orders that documents submitted under docket entries 308 and 326 are sealed. Defendant's counsel is to re-file redacted versions of the relevant documents in those entries. IT IS SO ORDERED.

Dated:  October 3, 2024          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE