UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00129-DJC-CKD-2 |
| Plaintiff, | |
| v. | ORDER |
| MONICA NUNES, | |
| Defendant. | |

On September 30, 2024, Defendant Monica Nunes filed a Motion seeking a further modification to her sentence and for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 321.)  Defendant Nunes seeks a reduction of her sentence to time served based on her recent diagnosis with stage IV metastatic breast cancer.  On October 7, 2024, the Government filed a notice of non-opposition in which the Government states that "Upon review of Nunes's recent medical records, consultation with BOP counsel, and after consideration of the victim statement received, the United States no longer opposes Nunes's motion for compassionate release."  (ECF No. 330.)

The Court has determined that Defendant Nunes is eligible for the relief requested under § 3582(c)(1)(A) based on the existence of an extraordinary and compelling reason to warrant a reduction.  In light of the Government's statement of

1

non-opposition, the Court will grant Defendant Nunes' Motion and her current sentence will be reduced to one of credit for time served with Defendant Nunes to be released forthwith.  Defendant is ordered to comply with the terms of supervised release provided in the judgment (ECF No. 141) including but not limited to those concerning restitution and fines.

Accordingly, for the reasons explained above, IT IS HEREBY ORDERED that:

1. Defendant Nunes' Supplemental Motion for Sentence Modification brought pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 321) is granted;

2. Defendant Nunes' sentence is reduced to credit for time served and she shall be released from custody forthwith under the terms of supervised release set forth in the Judgment (ECF No. 141); and

3. This case shall remain closed.

Dated:  October 17, 2024

*[signature: Daniel J. Calabretta]*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE