UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 20, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONICA NUNES,

Defendant.

Case No. 2:19-cr-00129-DJC-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MONICA NUNES,

Case No. 2:19-cr-00129-DJC-CKD, Charge 18 U.S.C. 3583, from custody for the following reasons:

X Release on home detention and previously imposed supervised release conditions.

___ Bail Posted in the Sum of $ ________

___ Unsecured Appearance Bond $ ________

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other):

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 20, 2026 at 3:35 p.m.

By: ________
Magistrate Judge Jeremy D. Peterson