WILLIAM F. PORTANOVA, State Bar No. 28364
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WFP@Portanova.com

Attorney for Defendant
MONICA NUNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MONICA NUNES,<br>Defendant. | CASE NO. 2:19-CR-00129-2<br>**STIPULATION AND ORDER TO CONTINUE ADMIT / DENY HEARING**<br>DATE: August 27, 2026<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by defendant MONICA NUNES, by and through her undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the Admit / Deny hearing scheduled for August 27, 2026, should be vacated and continued to September 3, 2026, at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss the revocation petition with his client. Additionally, defense counsel's overlooked out-of-town travel makes the presently set Admit/Deny extremely difficult to accomplish.

The government and U.S. Probation do not object to this continuance.

//

//

//

Respectfully submitted,

DATED: August 26, 2026

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA
Attorney for Defendant
MONICA NUNES

DATED: August 26, 2026

ERIC GRANT
United States Attorney

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Ms. Nunes's Admit/Deny hearing set for August 27, 2026, is continued to September 3, 2026, at 9:00 a.m. before Honorable District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated: August 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE