WILLIAM F. PORTANOVA, State Bar No. 28364
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WFP@Portanova.com

Attorney for Defendant
MONICA NUNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONICA NUNES,

Defendant.

CASE NO. 2:19-CR-00129-DJC-2

**STIPULATION AND ORDER TO CONTINUE ADMIT / DENY HEARING**

DATE: September 17, 2026
TIME: 9:00 AM
JUDGE: Hon. Daniel J. Calabretta

IT IS HEREBY STIPULATED by defendant MONICA NUNES, by and through her undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the Admit / Deny hearing scheduled for September 17, 2026, should be vacated and continued to October 15, 2026, at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss the revocation petition with his client. Additionally, USPO Zaylin Miller has informed counsel of her intent to file a superseding Violation Petition. A short continuance would allow time to investigate and file this petition.

The government and U.S. Probation do not object to this continuance.

//

//

//

Respectfully submitted,

DATED: September 14, 2026

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA
Attorney for Defendant
MONICA NUNES

DATED: September 14, 2026

ERIC GRANT
United States Attorney

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Ms. Nunes's Admit/Deny hearing set for September 17, 2026, is continued to October 15, 2026, at 9:00 a.m. before Honorable District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated: September 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE